UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OH WHATEVER, LLC, a Washington corporation, d/b/a DRAFT CHOICE SPORTS BAR & GRILL; JAMES JOSEPH JACKSON, III, an individual, and ELIZABETH JONES, an individual,<br><br>Defendants. | CASE NO. 2:19-cv-01951-MJP<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT** |

Pursuant to the Court's Minutes Order (Dkt. 15), Plaintiff United Specialty Insurance Company ("USIC"), Defendant Oh Whatever, LLC d/b/a Draft Choice Sports Bar & Grill ("Draft Choice"), Defendant James Joseph Jackson, III ("Mr. Jackson"), and Defendant Elizabeth Jones ("Ms. Jones") (collectively, the "Parties") stipulate to and respectfully submit the following briefing schedule for summary judgment:

| **Briefing Activity** | **Deadline** |
|---|---|
| Noted for Hearing: | March 27, 2020 |
| USIC's Motion for Summary Judgment: | February 28, 2020-March 5, 2020 |
| Defendants' Responses to Motion for Summary Judgment: | March 23, 2020 |

JOINT STATUS REPORT AND DISCOVERY PLAN - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7043373.1

| USIC's Reply to its Motion for Summary Judgment: | March 27, 2020 |

DATED this 13th day of February, 2020.

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
*s/ Christine J. Lee*
Christine J. Lee, WSBA No. 43231
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600
Email: eharris@williamskastner.com
clee@williamskastner.com

*Attorneys for Plaintiff*
*United Specialty Insurance Company*

*s/ Michael D. Myers*
Michael D. Myers, WSBA No. 22486
*s/ Samantha Lin*
Samantha Lin, WSBA No. 50782
**MYERS & COMPANY, PLLC**
1530 Eastlake Avenue East
Seattle, WA 98102
Tel: (206) 398-1188
Email: mmyers@myers-company.com
slin@myers-company.com

*Attorneys for Defendants*
*Oh Whatever, LLC d/b/a Draft Choice Sports Bar & Grill and James Joseph Jackson, III*

*s/ Richard L. Anderson*
Richard L. Anderson, WSBA #25115
**SCHROETER GOLDMARK & BENDER**
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Email: anderson@sgb-law.com

*Attorneys for Defendant*
*Elizabeth Jones*

JOINT STATUS REPORT AND DISCOVERY PLAN - 2

7043373.1

# **ORDER**

Pursuant to the foregoing Stipulation, the Court orders the following briefing schedule for summary judgment:

| Briefing Activity | Deadline |
|---|---|
| Noted for Hearing: | March 27, 2020 |
| USIC's Motion for Summary Judgment: | February 28, 2020-March 5, 2020 |
| Defendants' Responses to Motion for Summary Judgment: | March 23, 2020 |
| USIC's Reply to its Motion for Summary Judgment: | March 27, 2020 |

DATED this 13th day of February, 2020.

Marsha J. Pechman
United States District Judge

JOINT STATUS REPORT AND DISCOVERY PLAN - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7043373.1

**PRESENTED BY:**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
*s/ Christine J. Lee*
Christine J. Lee, WSBA No. 43231
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600
Email: eharris@williamskastner.com
clee@williamskastner.com

*Attorneys for Plaintiff*
*United Specialty Insurance Company*

*s/ Michael D. Myers*
Michael D. Myers, WSBA No. 22486
*s/ Samantha Lin*
Samantha Lin, WSBA No. 50782
**MYERS & COMPANY, PLLC**
1530 Eastlake Avenue East
Seattle, WA 98102
Tel: (206) 398-1188
Email: mmyers@myers-company.com
slin@myers-company.com

*Attorneys for Defendants*
*Oh Whatever, LLC d/b/a Draft Choice Sports*
*Bar & Grill and James Joseph Jackson, III*

*s/ Richard L. Anderson*
Richard L. Anderson, WSBA #25115
**SCHROETER GOLDMARK & BENDER**
810 Third Avenue, Suite 500
Seattle, WA 98104
Tel: (206) 622-8000
Email: anderson@sgb-law.com

*Attorneys for Defendant*
*Elizabeth Jones*

JOINT STATUS REPORT AND DISCOVERY PLAN - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7043373.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

DATED this 13th day of February, 2020.

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590

JOINT STATUS REPORT AND DISCOVERY PLAN - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7043373.1