The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OH WHATEVER, LLC, a Washington corporation, d/b/a DRAFT CHOICE SPORTS BAR & GRILL; JAMES JOSEPH JACKSON, III, an individual, and ELIZABETH JONES, an individual,<br><br>Defendants. | CASE NO. 2:19-cv-01951-MJP<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR ORDER OF DISMISSAL OF LAWSUIT WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR:<br>April 30, 2020** |

THIS MATTER having come before the Court on the Parties' Joint Stipulated Motion for Order of Dismissal, and the Court having reviewed the Motion and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Parties' Joint Stipulated Motion for Order of Dismissal is GRANTED.

IT IS FURTHER ORDERED that the current action is dismissed with prejudice, and without costs or attorney fees awarded to either party.

ORDER GRANTING JOINT STIPULATED MOTION FOR ORDER OF DISMISSAL OF LAWSUIT WITH PREJUDICE - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7079872.1

DATED this 1st day of May, 2020.

*[signature]*

Marsha J. Pechman
Senior United States District Judge

**PRESENTED BY:**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
*s/ Christine J. Lee*
Christine J. Lee, WSBA No. 43231
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:   (206) 628-6600
Email: eharris@williamskastner.com
           clee@williamskastner.com

*Attorneys for Plaintiff*
*United Specialty Insurance Company*

*s/ Michael D. Myers*
Michael D. Myers, WSBA No. 22486
*s/ Samantha Lin*
Samantha Lin, WSBA No. 50782
**MYERS & COMPANY, PLLC**
1530 Eastlake Avenue East
Seattle, WA 98102
Tel:   (206) 398-1188
Email: mmyers@myers-company.com
           slin@myers-company.com

*Attorneys for Defendants*
*Oh Whatever, LLC d/b/a Draft Choice Sports*
*Bar & Grill and James Joseph Jackson, III*

ORDER GRANTING JOINT STIPULATED MOTION FOR ORDER
OF DISMISSAL OF LAWSUIT WITH PREJUDICE - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7079872.1

1    *s/ Richard L. Anderson*
Richard L. Anderson, WSBA #25115
2    **SCHROETER GOLDMARK & BENDER**
810 Third Avenue, Suite 500
3    Seattle, WA 98104
Tel:   (206) 622-8000
4    Email: anderson@sgb-law.com

5    *Attorneys for Defendant*
*Elizabeth Jones*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING JOINT STIPULATED MOTION FOR ORDER OF DISMISSAL OF LAWSUIT WITH PREJUDICE - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7079872.1